MH

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Suarez Chavez,<br><br>                    Petitioner,<br><br>v.<br><br>Luis Rosa, Jr., et al.,<br><br>                    Respondents. | No. CV-26-02245-PHX-DJH (JFM)<br><br>**ORDER TO SHOW CAUSE** |

Petitioner has filed a Petition under 28 U.S.C. § 2241 (Doc. 1) challenging his immigration detention and the procedures used to effect third-country removals.[1]

Petitioner is a native and citizen of Nicaragua who entered the United States without inspection in November 2022. (*Id.* ¶ 1.) Petitioner was detained by Immigration and Customs Enforcement (ICE) officials for a short period of time before being released on his own recognizance. (*Id.*) On July 9, 2025, an immigration judge denied Petitioner's asylum application and ordered him removed but granted Petitioner withholding of removal to Nicaragua. (*Id.*) Petitioner waived appeal based on a Department of Homeland Security (DHS) attorney's representation that DHS did not intend to remove Petitioner to Mexico. (*Id.*) ICE officials took Petitioner into custody later that month, and on August 13, 2025, he was removed to Mexico without due process. (*Id.* ¶ 2.) While in Mexico,

---

[1] In addition to his Petition, Petitioner also filed a Motion for Temporary Restraining Order (Doc. 2). Because the Court is directing Respondents to promptly show cause why the Petition should not be granted, the Court finds Petitioner is not entitled to preliminary relief at this juncture. Therefore, the Court will deny the Motion without prejudice.

Petitioner was kidnapped, raped, and subjected to sex trafficking. (*Id.*) On November 26, 2025, he reentered the United States without inspection "out of fear for his life." (*Id.*) On November 30, 2025, Petitioner was detained by Customs and Border Patrol officials, issued an order reinstating his removal order, and charged with illegal reentry. (*Id.*) Petitioner filed a petition for review of the reinstatement order with the Ninth Circuit Court of Appeals, and that court issued a temporary stay of removal on January 26, 2026. (*Id.*) Two days later, Petitioner pleaded guilty to a federal misdemeanor entry charge and was sentenced to time served. (*Id.* ¶ 3; Doc. 1-1 at 58.)

Petitioner challenges his present immigration detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001), arguing his detention is prolonged and there is no significant probability of his removal in the reasonably foreseeable future. (Doc. 1 ¶¶ 50-55.) Petitioner also claims that he was re-detained without notice or an opportunity to be heard, in violation of his due process rights, and that he is entitled to due process in connection with any future third county removal. (*Id.* ¶¶ 56-63.)

Respondents must show cause why the Petition should not be granted. Any response must be supported by documentary evidence including, if applicable, affidavits by individuals with personal knowledge of the factual statements made therein and signed under penalty of perjury.

**IT IS ORDERED:**

(1)     Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Acting Attorney General Todd Blanche is substituted for Respondent Pamela Bondi.

(2)     Petitioner's Motion for Temporary Restraining Order (Doc. 2) is **denied without prejudice**.

(3)     Counsel for Petitioner must immediately serve the Petition (Doc. 1) and a copy of this Order on Respondents.

(4)     If not already issued, the Clerk of Court must issue any properly completed summonses.

. . . .

(5)     The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(6)     Respondents must show cause no later than **April 9, 2026**, why the Petition should not be granted.

(7)     Petitioner may file a reply no later than **April 13, 2026**.

Dated this 2nd day of April, 2026.

Honorable Diane J. Humetewa
United States District Judge